

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00532-CV

| | | |
|---|---|---|
| IN RE CLUB CAR, LLC, JASON MILLER, CHARLES MILLER, AND MARIA MILLER, Relators | § | Original Proceeding |
| | § | 481st District Court of Denton County, |
| | § | Texas |
| | § | Trial Court No. 22-6391-481 |
| | § | November 25, 2025 |
| | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered relators' petition for writ of mandamus and holds that the petition should be conditionally granted. Accordingly, we conditionally grant the writ of mandamus and direct the trial court to vacate its July 17, 2025 order denying Club Car's motion to compel a medical examination under Rule 204.1 of the Texas Rules of Civil Procedure and its September 19, 2025 order denying Club Car's motion to reconsider and to issue an order compelling Alexa Vincent to submit to the

examination on reasonable and appropriate terms and conditions. Our writ will issue only if the trial court does not comply.

It is further ordered that Real Party In Interest Alexa Vincent shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Brian Walker
Justice Brian Walker